# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Robert Leroy Badders Jr. | ) | Case No. |
| | ) | 6:23-mj-1912 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 18, 2023__ in the county of __Seminole__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1) | Possession of a firearm in or affecting interstate commerce after having been convicted in any court of a crime punishable by imprisonment for a term exceeding one year. |

This criminal complaint is based on these facts:

See attached affidavit

☐ Continued on the attached sheet.

*Complainant's signature*

Rodney J. Hyre, SA, FBI
*Printed name and title*

Sworn to before me over video conference and signed by me pursuant to Fed.R.Crim. P. 4.1 and 4(d)

Date: 08/19/2023

*Judge's signature*

City and state: Orlando, Florida

DANIEL C. IRICK, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA

COUNTY OF ORANGE

Case No. 6:23-mj-1912

## AFFIDAVIT

I, Rod Hyre, Special Agent ("SA") of the Federal Bureau of Investigation ("FBI"), being duly sworn, do depose and state the following.

### Introduction

1. I make this affidavit in support of a criminal complaint for Robert Leroy BADDERS Jr. (BADDERS). Based on the following facts, there is probable cause to believe that BADDERS has committed a violation of 18 U.S.C. § 922(g)(1) specifically, on or about August 18, 2023, possession of a firearm by a convicted felon.

2. The information set forth in this affidavit is based upon my own personal knowledge as well as information provided to me by other law enforcement officers and additional sources identified in this affidavit, and is provided solely for the purpose of establishing probable cause. Because this affidavit is submitted for that limited purpose of establishing such probable cause, it does not include all of the details of this investigation of which I am aware.

### Agent Background

3. I am a Special Agent with the FBI and have been since January 2002. I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) for the past 21 years. I am currently assigned to the Tampa Division Orlando

Resident Agency of the FBI. I have been investigating crimes against children since 2009. I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes.

4. I have been involved in numerous investigations involving production, receipt and possession of child pornography and online solicitation/enticement of a minor. I have participated in investigations of persons suspected of violating federal child pornography laws, including 18 U.S.C. §§ 2251(a) and (e), 2252, and 2252A. I have also participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers and cellular phones are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and data storage devices.

5. The facts contained in this affidavit are based on my own personal knowledge, as well as FBI records, government records, and/or information relayed to me by other federal, state, and local law enforcement personnel.

6. Based on the investigation described in this affidavit, there is probable cause to support the issuance of a federal criminal complaint for BADDERS for violation of 18 U.S.C. § 922(g)(1).

**Probable Cause**

7. From February 20, 2023, through July 20, 2023, an FBI online covert employee, acting in an undercover capacity, used a Peer-to-Peer file-sharing program

known as Bittorrent Roundup to determine that a computer using IP address 72.189.225.202 was making available for download certain files of suspected child pornography.

8. Specifically on June 5, 2023, May 27, 2023, and May 6, 2023, the FBI completed a single-source downloads from IP address 72.189.225.202. During the single-source downloads multiple files of child pornography were downloaded. Three of these files from the June 5, 2023, download are described as:

    a. 8yo – Beautiful lil Girl Sucks Man's Big Dick… This video shows an approximately 8-year-old girl being forced to perform oral sex on an adult male.

    b. LATINA CUMS TODDLER 4yo Beautiful Indian child PTHC – This video shows an approximately 4-year-old girl who is being vaginally raped by an adult male.

    c. www.jailbaits.tv] PTHC 2012- 11yo…– This video shows an approximately 11-year-old child being vaginally raped by an adult male.

9. I reviewed these downloaded files from the undercover session and based on my training and experience believe that the three files described above are child pornography as defined in 18 U.S.C. § 2256.

10. It was determined that the IP address used, 72.189.225.202, was registered to Charter. A subpoena was served to Charter for the IP address to obtain

certain subscriber information which encompassed the relevant dates of June 5, 2023, May 27, 2023, and May 6, 2023.

11. Charter identified the subscriber as M.L., with a billing address of XXX Market Promenade Ave., Lake Mary, Fl. 32746. The account creation date was July 19, 2019, and continued to be active through July 4, 2023.

12. On August 2, 2023, FBI analysts identified a cyber-tip from the National Center for Missing and Exploited Children (NCMEC) that had been disseminated in which Dropbox reported that on March 22, 2023, twenty-five videos of CSAM has been uploaded using the email address creek.squad420@/outlook. This email address was associated with a Visa card issued to BADDERS. The payment method phone number is (689) 221-0289. The I.P. address associated with the upload resolved to XXX Market Promenade Ave., Lake Mary, FL. 32746. A database check on the phone number (689) 221-0289 was verified to be assigned to a smartphone subscribed to by BADDERS.

13. Further records and data base checks were then done on BADDERS' phone number (689) 221-0289. This cross-referencing database check revealed a second cyber-tip issued by NCMEC. On March 3, 2023, Google reported an upload of two videos of CSAM. The I.P. address used for the identified upload of CSAM also resolved once again to XXX Market Promenade Ave., in Lake Mary. In addition, associated with this cyber-tip was BADDERS' verified phone number (689) 221-0289, and a payment method associated with an email address associated with BADDERS. Further, the Visa card used for payment was issued to BADDERS.

14. In total, seven distinct cyber tips had been received by law enforcement from NCMEC, that each strongly indicated that BADDERS was in possession of and/or distributing CSAM. Public and police databases were checked by your affiant to determine if there were any additional connections to the above outlined information. Your affiant discovered that Sanford Police Department had investigated an allegation of child sexual abuse against BADDERS involving a then six-year-old child. BADDERS' mother was interviewed in connection with that investigation and told police that BADDERS lived with another relative, M.L., in Lake Mary, FL. M.L.'s home address is XXX Market Promenade Ave, in Lake Mary.

15. On or about August 16, 2023, BADDERS was witnessed entering XXX Market Promenade Ave, in Lake Mary, at approximately 10:00 P.M. Additionally, your affiant learned that BADDERS was employed at a commercial establishment in walking distance of this address.

16. Based in part on the probable cause outlined above, your affiant sought and obtained a federal search warrant for the property XXX Market Promenade Ave. in Lake Mary, as well as a warrant to search the person of BADDERS and seize any communications and storge devices his smartphone device. This search warrant was signed by this Honorable Court on August 18, 2023, and was assigned case number 23-mj-1909.

17. During the course of you affiant's investigation of BADDERS on the information outlined above, two photographs of BADDERS were discovered in his

5

Instagram account. One photograph shows BADDERS posing with two handguns tucked into the waistband of his pants. The other photograph shows two handguns displayed with a large amount of money fanned out above the weapons.

18. On August 18, 2023, after securing a search warrant for BADDERS' residence and person, at approximately 3:00 p.m., your affiant and other agents made contact with BADDERS in front of his residence. He was asked preliminary questions, which included whether he had any firearms on his person or in the residence. BADDERS said that he had two firearms in the home; for safety reasons BADDERS was handcuffed, but informed that he was not under arrest. He was immediately advised of his Miranda rights before any further questioning. BADDERS waived his rights and agreed to answer questions. The interview was audio recorded.

19. BADDERS stated in his interview that one of the weapons was a .380 pistol and the other was a nine-millimeter semi-automatic pistol. Further BADDERS stated that neither had a round chambered but contained loaded magazines. BADDERS was asked if the weapons were his and he replied, "Yes, I purchased them, but not legally." SA Kaufman asked BADDERS if he was supposed to have the weapons and BADDERS responded, "no." BADDERS told the interviewing agents the weapons were in his green backpack, behind the couch, which was located inside the residence.

20. During the course of the search of the residence, a green backpack was found. Inside of the backpack two handguns, with loaded magazines were located and seized. The weapons and ammunition are described as:

   a. One 9 millimeter High Point semi-automatic pistol, with Serial Number P10179600.

   b. One CF .380 High Point semi-automatic pistol, with Serial Number P8091869.

   c. One magazine containing with eight rounds of 9mm ammunition.

   d. One magazine containing seven rounds of .380 ammunition.

21. During the interview, BADDERS took full responsibility for the firearms, as well as for suspected methamphetamine recovered during the search warrant. BADDERS informed me that he knew he was a convicted felon and knew he was prohibited from being in the possession of firearms.

22. A NEXUS analysis was conducted by Bureau of Alcohol and Firearms with respect to each of firearms recovered from the residence. The nexus analysis confirmed that both firearms seized from XXX Market Promenade Ave. and owned by BADDERS, were manufactured and or assembled outside the state of Florida, specifically in the state of Ohio. Both firearms were therefore shipped or transported in interstate and/or foreign commerce prior to their seizure.

23. On or about June 2, 2014, BADDERS was convicted of two felony counts of assaulting, battering, wounding, resisting or obstructing a police officer, in case number 14-021124-FH, in Coldwater, Branch County, Michigan. Each of the

felony counts are a violation of Michigan Code MCL 750.81D1 and are punishable by a term of incarceration of up to two years and a fine of $2000 or both.

## Conclusion

24.     Based on the foregoing facts and opinions, my experience and training, and consultation with other law enforcement agents, I believe that there is probable cause to believe that on or about August 18, 2023, BADDERS committed a violation of 18 U.S.C. § 922(g)(1), possession of a firearm by a convicted felon.

Respectfully submitted,

_____
SA Rod Hyre
Federal Bureau of Investigation

Affidavit submitted by email and attested
to me as true and accurate by Zoom and/or
teleconference conference consistent with
Fed. R. Crim. P. 4.1 and 41(d)(3)
this  19     day of August, 2023.

_____
DANIEL C. IRICK
United States Magistrate Judge